## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DIRECT PURCHASER INSULIN PRICING LITIGATION | **CASE NO. 3:20-cv-3426 (BRM)(LHG)** |
| This Document Relates to:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.,<br>*Plaintiff,*<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br>*Defendants.* | |
| VALUE DRUG COMPANY<br>*Plaintiff,*<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br>*Defendants.* | |

## **NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs ROCHESTER DRUG CO-OPERATIVE, INC. and VALUE DRUG COMPANY hereby voluntarily dismiss their actions without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 30, 2020                              Respectfully submitted,

                                                                        ROCHESTER DRUG CO-OPERATIVE,
                                                                        INC. and VALUE DRUG COMPANY

1

By: _s/ Elena K. Chan__
Bruce E. Gerstein
Noah Silverman
Elena K. Chan (Bar No. 24822004)
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
nsilverman@garwingerstein.com
echan@garwingerstein.com

Peter Kohn
Joseph T. Lukens
FARUQI & FARUQI, LLP
One Penn Center, Suite 1550
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

Susan Segura
David C. Raphael, Jr.
SMITH SEGURA RAPHAEL & LEGER, LLP
221 Ansley Blvd.
Alexandria, LA 71303
(318) 445-4480
ssegura@ssrllp.com
draphael@ssrllp.com

David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

Stuart E. Des Roches
ODOM & DES ROCHES, LLC
650 Poydras Street, Suite 2020
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com

David Golub
Steven Bloch
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
(203) 325-4491
dgolub@sgtlaw.com
sbloch@sgtlaw.com

Russ Chorush
HEIM PAYNE & CHORUSH, LLP
111 Bagby, Suite 2100
Houston, TX 77002
(713) 221-2000
rchorush@hpcllp.com

*Counsel for Value Drug Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2020, this Notice of Voluntary Dismissal was filed using the CM/ECF system which will automatically send notification to all counsel of record.

_s/ Elena K. Chan_
Elena K. Chan

"SO ORDERED."

Date: 11/2/20     Brian R. Martinotti, U.S.D.J.