Melissa A. Geist
**REED SMITH LLP**
506 Carnegie Center – Suite 300
Princeton, NJ 08540
Tel.: (609) 987-0050
mgeist@reedsmith.com

Shankar Duraiswamy
Henry B. Liu (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 10th Street NW
Washington, D.C. 20001
Tel.: (202) 662-6000
sduraiswamy@cov.com
hliu@cov.com

*Attorneys for Defendant Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE DIRECT PURCHASER INSULIN PRICING LITIGATION | Civil Action No. 3:20-cv-03426 (BRM) (LHG)<br><br>**STIPULATION AND ORDER SETTING DEADLINE TO FILE RULE 12(B) MOTIONS AND BRIEFING SCHEDULE** |
| This Document Relates to:<br><br>All Actions | |

**WHEREAS,** the Court ordered that Direct Purchaser Plaintiffs (the "DPP Plaintiffs") to file a single operative complaint by November 6, 2020 (ECF No. 99), and

**WHEREAS,** the DPP Plaintiffs filed a First Amended Class Action Complaint on November 6, 2020 (ECF No. 112),

**NOW, THEREFORE**, in the interest of efficient coordination, it is hereby stipulated and agreed, by and through the undersigned counsel of record and subject to the approval of the Court as follows:

Any motions to dismiss the First Amended Class Action Complaint shall be filed no later than **January 13, 2021**.

Any opposition(s) to motions to dismiss the First Amended Class Action Complaint shall be filed no later than **March 15, 2021**.

Any replies in support of motions to dismiss the First Amended Class Action Complaint shall be filed no later than **April 26, 2021**.

**STIPULATED AND AGREED TO BY:**

Dated:  November 19, 2020

*s/ Matthew F. Gately*
Matthew F. Gately
Peter S. Pearlman
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue
Saddle Brook, NJ 07663
Tel.:  (201) 845-9600
mfg@njlawfirm.com
psp@njlawfirm.com

*Liaison Counsel for the Class*

Michael L. Roberts
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, AR 72223
Tel.:  (501) 821-5575
mikeroberts@robertslawfirm.us

*s/ Melissa A. Geist*
Melissa A. Geist
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Tel.:  (609) 514-5978
mgeist@reedsmith.com

Shankar Duraiswamy
Henry B. Liu (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel.:  (202) 662-6000
sduraiswamy@cov.com
hliu@cov.com

*Attorneys for Defendant
Eli Lilly and Company*

Don Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
Tel.: (662) 834-2488
dbarrett@barrettlawgroup.com

Dianne M. Nast
**NASTLAW LLC**
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com

*Interim Co-Lead Counsel*

*s/ Liza M. Walsh*___________
Liza M. Walsh
Katelyn O'Reilly
William T. Walsh, Jr.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973-757-1100
lwalsh@walsh.law

Michael R. Shumaker (*pro hac vice* application forthcoming)
William D. Coglianese (*pro hac vice* application forthcoming)
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
Tel.: (202) 879-3939
wcoglianese@jonesday.com

*Attorneys for Sanofi-Aventis U.S. LLC*

*s/_Michael R. Griffinger*______
Michael R. Griffinger
Michael R. McDonald
Christopher Walsh
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel.: (973) 596-4500

James P. Rouhandeh (*pro hac vice* application forthcoming)
David B. Toscano (*pro hac vice* application forthcoming)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000

Neal A. Potischman (*pro hac vice* application forthcoming)

Andrew Yaphe (*pro hac vice* application forthcoming)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Tel.: (650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

*s/ Thomas Scrivo*__________
Thomas P. Scrivo
**O'TOOLE SCRIVO LLC**
14 Village Park Road
Cedar Grove, NJ 07009
Tel: (973) 239-5700
tscrivo@oslaw.com

Brian D. Boone (*pro hac vice*)
**ALSTON & BIRD LLP**
101 South Tryon Street
Charlotte, NC 28280
Tel.: (704) 444-1106
brian.boone@alston.com

John M. Snyder (*pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street NW
Washington, DC 20004
Tel.: (202) 239-3300
john.snyder@alston.com

D. Andrew Hatchett (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
andrew.hatchett@alston.com

*Attorneys for Defendants Optum, Inc.; OptumRx Holdings, LLC; OptumRx, Inc.; United HealthCare Services, Inc.; and UnitedHealth Group, Incorporated*

*s/ Drew Cleary Jordan*
Drew Cleary Jordan

**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6289
Tel.: (202) 739-5962
drew.jordan@morganlewis.com

*Attorney for Defendants Express Scripts Holding Company, Express Scripts, Inc., and Medco Health Solutions, Inc.*

*s/ Kevin H. Marino*
Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Phone: (973) 824-9300
Facsimile: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Enu A. Mainigi (*pro hac vice*)
Daniel M. Dockery (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendants CVS Health Corporation, CaremarkPCS Health L.L.C., Caremark L.L.C., Caremark Rx L.L.C.*

**SO ORDERED this 23rd day of November, 2020**

______________________________
Hon. Lois H. Goodman, U.S.M.J.