**REED SMITH LLP**
Melissa A. Geist
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel.: (609) 987-0050

**COVINGTON & BURLING LLP**
Shankar Duraiswamy
Henry Liu
    (*admitted pro hac vice*)
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel.: (202) 662-6000

*Attorneys for Defendant*
*Eli Lilly and Company*

**GIBBONS P.C.**
Michael R. Griffinger
Michael R. McDonald
Christopher Walsh
One Gateway Center
Newark, NJ 07102
Tel.: (973) 596-4500

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh
    (*pro hac vice forthcoming*)
David B. Toscano
    (*pro hac vice forthcoming*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman
    (*pro hac vice forthcoming*)
Andrew Yaphe
    (*pro hac vice forthcoming*)
1600 El Camino Real
Menlo Park, CA 94025
Tel.: (650) 752-2000

*Attorneys for Defendant*
*Novo Nordisk Inc.*

**WALSH PIZZI O'REILLY**
    **FALANGA LLP**
Liza M. Walsh
Katelyn O'Reilly
William T. Walsh, Jr.
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel.: (973) 757-1100

**JONES DAY**
Michael R. Shumaker
    (*pro hac vice pending*)
William D. Coglianese
    (*pro hac vice pending*)
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel.: (202) 879-3939

*Attorneys for Defendant*
*Sanofi-Aventis U.S. LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: DIRECT PURCHASER INSULIN PRICING LITIGATION <br><br> This Document Relates to: <br><br> All Actions | Civil Action No. 20-03426 (BRM)(LHG) (Consolidated) <br><br> **ORAL ARGUMENT REQUESTED** <br><br> Motion return date: May 3, 2021 |

## MANUFACTURER DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

**TO:** All Persons on ECF Service List

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants Novo Nordisk Inc., Sanofi-Aventis U.S. LLC, and Eli Lilly and Company (collectively, the "Manufacturer Defendants"), by and through their respective undersigned counsel, shall move before the Honorable Brian R. Martinotti, U.S.D.J., at a date and time to be determined by the Court, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing the First Amended Class Action Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the Manufacturer Defendants will rely on their Brief in Support of their Motion to

Dismiss Plaintiffs' First Amended Class Action Complaint, a Certification of Melissa Geist, Esq. with exhibits, and all other pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the Manufacturer Defendants hereby request oral argument.

Dated:  January 13, 2021                     Respectfully submitted,

By:  *s/ Melissa A. Geist*
Melissa A. Geist
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel.:  (609) 987-0050

Shankar Duraiswamy
Henry Liu (*admitted pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel.:  (202) 662-6000

*Attorneys for Defendant*
*Eli Lilly and Company*

By:  *s/ Michael R. Griffinger*
Michael R. Griffinger
Michael R. McDonald
Christopher Walsh
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Tel.:  (973) 596-4500

 
James P. Rouhandeh
   (*pro hac vice forthcoming*)
David B. Toscano
   (*pro hac vice forthcoming*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000

Neal A. Potischman
   (*pro hac vice forthcoming*)
Andrew Yaphe
   (*pro hac vice forthcoming*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Tel.: (650) 752-2000

*Attorneys for Defendant*
*Novo Nordisk Inc.*

By: *s/ Liza M. Walsh*
Liza M. Walsh
Katelyn O'Reilly
William T. Walsh, Jr.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel.: (973) 757-1100

Michael R. Shumaker
   (*pro hac vice pending*)
William D. Coglianese
   (*pro hac vice pending*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel.: (202) 879-3939

*Attorneys for Defendant*
*Sanofi Aventis U.S. LLC*