**IN THE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: DIRECT PURCHASER INSULIN PRICING LITIGATION | Case No. 3:20-cv-3426-BRM-LHG |
| | Document Filed Electronically |
| | **ORAL ARGUMENT REQUESTED** |
| | Motion return date: May 3, 2021 |

**NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)**

*(Counsel Listed on Next Page)*

Thomas P. Scrivo
**O'TOOLE SCRIVO, LLC**
14 Village Park Road
Cedar Grove, NJ 07009
T: (973) 239-5700
tscrivo@oslaw.com

Brian D. Boone (*pro hac vice*)
**ALSTON & BIRD LLP**
101 S. Tyron St., Ste. 4000
Charlotte, NC 28280
T: (704) 444-1000
brian.boone@alston.com

John M. Snyder (*pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004
T: (202) 239-3300
john.snyder@alston.com

D. Andrew Hatchett (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree St. NW, Ste. 4900
Atlanta, GA 30309
T: (404) 881-7000
andrew.hatchett@alston.com

*Attorneys for Defendants OptumRx, Inc., Optum, Inc., OptumRx Holdings, LLC,
United Healthcare Services, Inc., and UnitedHealth Group*

---

Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA &
BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928
T: (973) 824-9300
F: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Enu A. Mainigi (*pro hac vice*)
Daniel M. Dockery (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
T: (202) 434-5000
F: (202) 434-5029
emainigi@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Health Corporation, CaremarkPCS Health LLC,
Caremark LLC, and Caremark RX LLC*

| | |
|---|---|
| Drew Cleary Jordan | Jason R. Scherr (*pro hac vice*) |
| **MORGAN, LEWIS & BOCKIUS LLP** | Patrick A. Harvey (*pro hac vice*) |
| 502 Carnegie Center | **MORGAN, LEWIS & BOCKIUS LLP** |
| Princeton, NJ 08540-6289 | 1111 Pennsylvania Avenue, NW |
| T: (202) 739-5962 | Washington, DC  20004 |
| F: (609) 919-6701 | T:  202.739.3000 |
| drew.jordan@morganlewis.com | F:  202.739.3001 |
| | jr.scherr@morganlewis.com |
| | patrick.harvey@morganlewis.com |

*Attorneys for Defendants Express Scripts Holding Company, Express Scripts Inc., and Medco Health Solutions, Inc.*

**PLEASE TAKE NOTICE** that on May 3, 2021, or as soon thereafter as counsel may be heard, the undersigned counsel for the PBM Defendants[1] shall move before the Honorable Brian R. Martinotti, U.S. District Judge at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, to dismiss with prejudice the First Amended Class Action Complaint filed by Plaintiffs FWK Holdings, LLC and Professional Drug Company under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHRE NOTICE** that, in support of this motion, the PBM Defendants rely on their supporting brief filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed order granting this motion is attached hereto.

Dated:  January 13, 2021                          Respectfully submitted,

| | |
|---|---|
| /s/ *Thomas Scrivo* | Brian D. Boone (*pro hac vice*) |
| Thomas P. Scrivo | **ALSTON & BIRD LLP** |
| **O'TOOLE SCRIVO, LLC** | 101 S. Tyron St., Ste. 4000 |
| 14 Village Park Road | Charlotte, NC 28280 |
| Cedar Grove, NJ 07009 | T: (704) 444-1000 |
| T: (973) 239-5700 | brian.boone@alston.com |
| tscrivo@oslaw.com | |
| | John M. Snyder (*pro hac vice*) |
| | **ALSTON & BIRD LLP** |
| | 950 F. Street, NW |
| | Washington, D.C. 20004 |

---

[1] The PBM Defendants are OptumRx, Inc., Optum, Inc., OptumRx Holdings, LLC, United Healthcare Services, Inc., UnitedHealth Group, CVS Health Corporation, CaremarkPCS Health LLC, Caremark LLC, Caremark RX LLC, Express Scripts Holding Company, Express Scripts Inc., and Medco Health Solutions, Inc.

| | T: (202) 239-3300<br>john.snyder@alston.com<br><br>D. Andrew Hatchett (*pro hac vice*)<br>**ALSTON & BIRD LLP**<br>1201 W. Peachtree St. NW, Ste. 4900<br>Atlanta, GA 30309<br>T: (404) 881-7000<br>andrew.hatchett@alston.com<br><br>*Attorneys for Defendants OptumRx, Inc., Optum, Inc., OptumRx Holdings, LLC, United Healthcare Services, Inc., and UnitedHealth Group* |
|---|---|
| /s/ *Kevin Marino*<br>Kevin H. Marino<br>John D. Tortorella<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br>437 Southern Boulevard<br>Chatham, New Jersey 07928<br>T: (973) 824-9300<br>F: (973) 824-8425<br>kmarino@khmarino.com<br>jtortorella@khmarino.com | Enu A. Mainigi (*pro hac vice*)<br>Daniel M. Dockery (*pro hac vice*)<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>T: (202) 434-5000<br>F: (202) 434-5029<br>emainigi@wc.com<br>ddockery@wc.com<br><br>*Attorneys for Defendants CVS Health Corporation, CaremarkPCS Health LLC, Caremark LLC, and Caremark RX LLC* |
| /s/*Drew Cleary Jordan*<br>Drew Cleary Jordan<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>502 Carnegie Center<br>Princeton, NJ 08540-6289<br>T: (202) 739-5962<br>F: (609) 919-6701<br>drew.jordan@morganlewis.com | Jason R. Scherr (*pro hac vice*)<br>Patrick A. Harvey (*pro hac vice*)<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>T:  202.739.3000<br>F:  202.739.3001<br>jr.scherr@morganlewis.com<br>patrick.harvey@morganlewis.com |

| | *Attorneys for Defendants Express Scripts Holding Company, Express Scripts Inc., and Medco Health Solutions, Inc.* |
|---|---|