# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE ▪ 250 PEHLE AVENUE, SUITE 401 ▪ SADDLE BROOK, N.J. 07663
201-845-9600 ▪ FAX 201-845-9423

Matthew F. Gately, Esq.
mfg@njlawfirm.com

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

January 28, 2021

**Via ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey Trenton
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 341
402 E. State Street
Trenton, NJ 08608

      Re:    In re Direct Purchaser Insulin Pricing Litigation
               Master File No. 3:20-cv-3426

Dear Judge Martinotti:

    My firm serves as Interim Liaison Counsel for the Direct Purchaser Class in the above-captioned matter. As the Court is aware, on January 13, 2021, two separate motions to dismiss were filed (one by the Manufacturer Defendants and one by the PBM Defendants). See ECF Nos. 130, 131. Opposition to the motions must be filed no later than March 15, 2021. See ECF No. 117.

    I write to request that, instead of submitting two opposition briefs (each of which could not exceed 40 pages pursuant to L. Civ. R. 7.2(b)), the Direct Purchaser Class be granted leave to submit a single, omnibus opposition to both motions (not to exceed 80 pages).

    Defendants have indicated that they do not oppose this request.

                                           Respectfully submitted,

                                           */s/ Matthew F. Gately*

                                           Matthew F. Gately

cc:    All Counsel of Record (via ECF)