Peter S. Pearlman
Matthew F. Gately
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
psp@njlawfirm.com
mfg@njlawfirm.com

*Liaison Counsel for Direct Purchaser Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: DIRECT PURCHASER INSULIN PRICING LITIGATION | ) ) ) ) | Case No. 3:20-cv-3426 (ZNQ)(LHG) |

Returnable: December 6, 2021

To:    All Counsel on the ECF Service List

PLEASE TAKE NOTICE that on December 6, 2021, Plaintiffs in the above-captioned case shall move before the Honorable Zahid N. Quraishi, U.S.D.J. at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 7W, Trenton, New Jersey, for an Order granting Plaintiffs' motion for entry of final judgment under Fed. R. Civ. P. 54(b) or, in the alternative, certification of appeal pursuant to 28 U.S.C. § 1292(b).

Oral argument is requested.

Dated: November 1, 2021.                                    Respectfully submitted,


                                                    */s/Matthew F. Gately*
                                                    Matthew F. Gately
                                                    Peter S. Pearlman
                                                    *Interim Liaison Counsel*
                                                    COHN LIFLAND PEARLMAN
                                                    HERRMANN & KNOPF, LLP
                                                    Park 80 West Plaza One
                                                    250 Pehle Avenue, Suite 401
                                                    Saddle Brook, New Jersey 07663
                                                    (201) 845-9600
                                                    psp@njlawfirm.com
                                                    mfg@njlawfirm.com

                                                    Michael L. Roberts
                                                    *Interim Co-Lead Counsel*
                                                    Karen Halbert
                                                    ROBERTS LAW FIRM, P.A.
                                                    20 Rahling Circle
                                                    Little Rock, Arkansas 72223
                                                    (501) 821-5575
                                                    mikeroberts@robertslawfirm.us

karenhalbert@robertslawfirm.us

Don Barrett
*Interim Co-Lead Counsel*
David McMullan
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
(662) 834-2488
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com
dmcmullan@barrettlawgroup.com

Dianne M. Nast
*Interim Co-Lead Counsel*
Michael Tarringer
Michele S. Burkholder
NASTLAW LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com
mtarringer@nastlaw.com
mburkholder@nastlaw.com

Richard R. Barrett
BARRETT LAW GROUP, P.A.
2086 Old Taylor Road
Suite 1101-1102
Oxford, Mississippi 38655
(662) 380-5018
rrb@rrblawfirm.net

William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, Pennsylvania 19103

3

(215) 238-1700
whoese@kohnswift.com

Michael D. Fishbein
LAW OFFICES OF MICHAEL
FISHBEIN
1706 Rittenhouse Square
No. 1201
Philadelphia, Pennsylvania 19103
(267) 861-0304
mfishbein1706@comcast.net

Charles Barrett
Blind Akrawi
Ben Aaron
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
(615) 244-1713
cbarrett@nealharwell.com
bakrawi@nealharwell.com
baaron@nealharwell.com

Attorneys for Plaintiffs